# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF MISSOURI
## ST. JOSEPH DIVISION

| | |
|---|---|
| TRENADY GEORGE, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> EDWARD BEARDEN, ) <br> ) <br> Defendant. ) | Case No. 18-06161-CV-BP |

## JUDGMENT IN A CIVIL CASE

  **X**   **Jury Verdict**.   This action came before the Court for a trial by jury.   The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

__**Decision by Court.**   This action came before the Court.   The issues have been determined and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** pursuant to the jury verdict entered on April 28, 2022 (Doc. 199 in Case no. 18-cv-06074), the jury finds in favor of Plaintiff Trenady George.


April 28, 2022                              Paige Wymore-Wynn
Date                                        Clerk of Court

                                            /s/ Shauna Murphy-Carr
                                            (by) Deputy Clerk